UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN GREGORY JOHNSON,

        Petitioner,

v.

CAROL PORTER,

        Respondent.

Case No. C08-219-JCC-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Amended Petition for a Writ of Habeas Corpus, Respondent's Answer, the Response, the Reply, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, finds and ORDERS as follows:

1) The Court adopts the Report and Recommendation.

2) Petitioner's Amended Petition for a Writ of Habeas Corpus, (Dkt. 9) is DENIED and DISMISSED with prejudice.

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 23rd day of September, 2008.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE